UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SIX UNKNOWN NAMES AGENTS, et al.,<br><br>　　　　Defendants. | 1:14-cv-00502-LJO-GSA-PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE IN FORMA PAUPERIS APPLICATION OR PAY FILING FEE IN FULL<br><br>**FIFTEEN-DAY DEADLINE** |

　　　On April 9, 2014, plaintiff Young Yil Jo ("Plaintiff") filed what was construed as a civil rights complaint.  Plaintiff neither filed an application to proceed in forma pauperis nor paid the $400.00 filing fee.

　　　Within fifteen (15) days from the date of service of this order, Plaintiff shall file an application to proceed in forma pauperis or pay the $400.00 filing fee in full.  **The failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

　Dated:   **April 11, 2014**　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE